IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEN INVESTMENTS, LLC (f/k/a Stafford Investments, LLC), JOHN STAFFORD, JR., JOHN STAFFORD, III, and CHARLESTOWN, LLC, <br> Plaintiffs, <br><br> v. <br><br> UNBREAKABLE LOCK COMPANY (f/k/a Lawman Armor Corporation), VI CAPITAL COMPANY (f/k/a Unbreakable Company), UNBREAKABLE ACCESSORIES COMPANY (f/k/a/ Unbreakble Lock Company), UNBREAKABLE NATION COMPANY, UNBREAKABLE AMERICA COMPANY, ROBERT A. VITO, JOSHUA I. SMITH, SIDNEY LEVOV, HUMBERT POWELL, III, and KYLE J. CUNNINGHAM, <br> Defendants. | CIVIL ACTION <br><br> NO. 06-1112 <br><br> FILED <br> JUL 0 8 2010 <br> MICHAEL E. KUNZ, Clerk <br> By_____Dep. Clerk |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a) (2), Plaintiffs, Zen Investments, LLC, Stafford Investments, LLC, John Stafford, Jr., John Stafford, III and Charlestown, LLC, voluntarily dismiss with prejudice the above-captioned matter in its entirety, with all parties to bear their own costs.

**[REMAINDER OF THIS PAGE INTENTIONALLY BLANK]**

B # 1153819 v.1

*[signature]*

John J. Soroko, Esquire (PA I.D. 25987)
Robert M. Palumbos, Esquire (PA I.D. 200063)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA  19103
Telephone:  (215) 979-1000
Facsimile:  (215) 979-1020
Email:  rmpalumbos@duanemorris.com

*[signature]*

Lane L. Vines, Esquire (PA I.D. 80854)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email:  lvines@bm.net

*[signature]*

James E. Egbert (PA I.D. 46389)
EGBERT & BARNES, P.C.
115 West Avenue, Suite 108
Jenkintown, PA  19046-2031
Telephone: (215) 887-4600
Facsimile: (215) 887-4604
Email: jegbert@eblawyers.com

SO ORDERED:

*[signature]*  Sanchez, J.

B # 1153819 v.1